# EXHIBIT B







