Case: 0:13-cv-00004-HRW   Doc #: 1-7   Filed: 01/15/13   Page: 1 of 14 - Page ID#: 75



High Liquors. One Brand. Full Bar.

Case: 0:13-cv-00004-HRW   Doc #: 1-7   Filed: 01/15/13   Page: 2 of 14 - Page ID#: 76



PRODUCTS | EVENTS | LOCATIONS | GALLERY | ABOUT HIGH | PRESS

THE SPIRITS AGAINST WHICH, ALL OTHERS WILL BE JUDGED.






PRODUCTS  |  EVENTS  |  LOCATIONS  |  GALLERY  |  ABOUT HIGH  |  PRESS

## One Brand. Full Bar.



Vodka



Rum



Whiskey

Tequila



High Liquors. One Brand. Full Bar.


High Liquors. One Brand. Full Bar.



PRODUCTS | EVENTS | LOCATIONS | GALLERY | ABOUT HIGH | PRESS

High Whiskey is the culmination of our ancestor's historical passion and determination in the long time pursuit of the perfect American spirit. This ultra premium journey begins with the harvesting of only the finest Midwestern corn and rye. Once mashed, cold, pure, naturally filtered water sourced from ancient aquifers is infused. Together, they are copper distilled and carefully aged in freshly charred white oak barrels. The result is a caramel colored mastery that is specially blended for an unsurpassed richness and smoothness that puts this Award Winning Whiskey in a category of its own. Pour your friends a glass, light some cigars, tell your tallest tales, and with each delectable sip, make a little American history of your own. Please enjoy responsibly.



High Liquors. One Brand. Full Bar.

PRODUCTS | EVENTS | LOCATIONS | GALLERY | ABOUT HIGH | PRESS

*Select a highlighted state below for information on* **HIGH EVENTS** *in your area.*

Select a highlighted state for information on High Events in your area.



High Liquors. One Brand. Full Bar.





High Liquors. One Brand. Full Bar.





**CHRIS LAWSON**
CO-FOUNDER
President and COO
Email

**BRAD WRIGHT**
CO-FOUNDER
President of Brand Development
859.396.4178
Email



PRODUCTS    |    EVENTS    |    LOCATIONS    |    GALLERY    |    ABOUT HIGH    |    PRESS

  

## THE STORY

    *High Liquors is the world's first full line of ultra premium spirits, including vodka, rum, whiskey and tequila. Best friends and Co-Founders, Brad Wright and Chris Lawson met at the University of Kentucky in 1999. For the next decade they triumphed through their separate business ventures, while constantly exploring ways they could get into business together. Finally, April 2009, Brad went to visit Chris in Los Angeles. It was in Chris's apartment while they were concocting one of their famous batches of cocktails that the idea was born. While sipping it, they reminisced on all the times they and their friends had gathered to laugh, and celebrate all of life's great milestones over a great meal, and of course great drinks. With the notion that cocktails were one of the only constants in theirs, and the majority of other people's most celebrated times in life, they decided this was the business they wanted to be in.*

    *A large factor in how the idea of producing a full line of ultra premium spirits under one brand name came about was due to their frustration with the vast differences in quality that all of the premium alcohol brands from spirit to spirit currently possessed. Meaning, if there was a vodka brand that you love, but you also like tequila, you had to go the extremely expensive route of trying all the tequila's out there in hopes of matching the quality of the vodka brand you enjoy. That is because your favorite vodka brand only makes vodka. Brad and Chris saw this as very limited. So they asked themselves, "what if one brand offered the highest quality spirits available, in every category available?"*

    *The answer was a resounding, "amazing ". In that case, the only certainty was that no matter what they did, they only wanted to use the highest quality ingredients and materials that could be produced. No matter how long it took. No matter the cost. Therefore, it only made sense to name the brand, "High" to constantly remind consumers of that very fact. With the best in mind, they scoured the planet, and for more than a year and a half they sampled from only the most renowned independent distilleries in the world. At the same time they worked on a completely custom bottle and graphically refined an image worthy of the most comprehensive ultra premium brand on earth.*

    *At launch, the four luxurious spirits that were chosen have already won awards. However, what Chris and Brad are most proud of is that they know the brand they have built is worthy of your greatest celebrations. They are unbelievably excited by the opportunity to meet new friends and celebrate those times with you as they travel the country and personally introduce you to their brand. For the first time, spirit lovers have a brand they can count on to enhance their celebration, no matter the occasion. High Liquors is the new ultra premium standard - the spirits against which, all others will be judged.*

High Liquors. One Brand. Full Bar.

 PRODUCTS  |  EVENTS  |  LOCATIONS  |  GALLERY  |  ABOUT HIGH  |  PRESS     

# THE TEAM

## BRAD WRIGHT
### Co-Founder / President of Brand Development

    I am an entrepreneur who has been very fortunate in my life, personally and professionally. I played baseball at Marshall University and started my own restaurants shortly thereafter. I have been involved in many diverse business deals since then, all along the way. I studied marketing and public relations in college and I am very excited to bring my passion for these fields into the exotic world of the spirits industry.

    My mission is to spread the word to the world about the amazing brand my partner and I have created. The difference for me, as opposed to the major brands on the market, is that I want to spread that word personally. In the years to come I will be traveling the United States and beyond to celebrate life with you while enjoying and sharing the High Liquors brand. I can't wait for the opportunity to personally share and thank the people who are going to drive this brand into one of the largest spirit companies in the world.

In my down time I am a huge sports fan so I am always watching the UFC or tuning in to the big game. Music and movies are my passion. I love all types of music, from Ray Lamontagne to LMFAO. I also love all types of movies. My undisputable favorite is "Wedding Crashers", all time funniest movie, hands down. But I also love action, and yes, even movies like "The Notebook". I said it, and remain unashamed. My favorite thing to do in life however is to make people laugh. Nothing makes me happier than to see people smile because of something I said or did. I am a class clown at heart and I believe the only way to enjoy life is to laugh your way through it!

Please feel free to reach out to me at every step. I am on facebook at *www.facebook.com/bradwright2112*, and on twitter at *www.twitter.com/bradwrighttweet*. I will see you all on the road! Check back here on our website and on facebook and twitter to find out when we will be in your neighborhood. See you soon!

High Liquors. One Brand. Full Bar.

Case: 0:13-cv-00004-HRW   Doc #: 1-7   Filed: 01/15/13   Page: 14 of 14 - Page ID#: 88

PRODUCTS | EVENTS | LOCATIONS | GALLERY | ABOUT HIGH | PRESS



**COMING SOON TO HIGHLIQUORS.COM**

http://highliquors.com/press.shtml[01/17/2013 11:00:33 AM]