# EXHIBIT A

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Jan 8 05:02:46 EST 2013

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

| | |
|---|---|
| **Word Mark** | VOSS ARTESIAN WATER FROM NORWAY |
| **Goods and Services** | IC 032. US 045 046 048. G & S: Drinking water. FIRST USE: 20001118. FIRST USE IN COMMERCE: 20001118 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 19.09.03 - Bottles, jars or flasks with straight, vertical sides; Flasks with straight or vertical sides; Jars with straight or vertical sides<br>26.19.02 - Cylinders (geometric) |
| **Trademark Search Facility Classification Code** | ART-19.09 Bottles; jars; flasks<br>SHAPES-GEOMETRIC Geometric figures and solids including squares, rectangles, quadrilaterals and polygons |
| **Serial Number** | 77190585 |
| **Filing Date** | May 25, 2007 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 25, 2007 |
| **Registration Number** | 3394373 |
| **Registration Date** | March 11, 2008 |
| **Owner** | (REGISTRANT) Voss of Norway ASA CORPORATION NORWAY Hovfaret 17A Oslo NORWAY 0275 |
| **Attorney of Record** | Andrew S. Ehard |
| **Prior Registrations** | 2696925;3073139;3197761;3259981;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ARTESIAN WATER FROM NORWAY" APART |

http://tess2.uspto.gov/bin/showfield?f=doc&state=4003:671gol.2.1[01/08/2013 10:44:13 AM]

| | |
|---|---|
| | FROM THE MARK AS SHOWN |
| **Description of Mark** | Color is not claimed as a feature of the mark. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F)-IN PART |
| **Live/Dead Indicator** | LIVE |
| **Distinctiveness Limitation Statement** | as to the bottle design |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Tue Jan 8 05:02:46 EST 2013

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status  ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | VOSS ARTESIAN WATER FROM NORWAY SPARKLING |
| **Goods and Services** | IC 032. US 045 046 048. G & S: Drinking water. FIRST USE: 20001118. FIRST USE IN COMMERCE: 20001118 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 19.09.03 - Bottles, jars or flasks with straight, vertical sides; Flasks with straight or vertical sides; Jars with straight or vertical sides |
| **Trademark Search Facility Classification Code** | ART-19.09 Bottles; jars; flasks |
| **Serial Number** | 77192175 |
| **Filing Date** | May 29, 2007 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 25, 2007 |
| **Registration Number** | 3394377 |
| **Registration Date** | March 11, 2008 |
| **Owner** | (REGISTRANT) Voss of Norway ASA CORPORATION NORWAY Drammensveien 123 N-0277 Oslo NORWAY |
| **Attorney of Record** | Andrew S. Ehard |
| **Prior Registrations** | 2696925;3073139;3197761;3259981;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SPARKLING" AND "ARTESIAN WATER FROM NORWAY' APART FROM THE MARK AS SHOWN |

http://tess2.uspto.gov/bin/showfield?f=doc&state=4003:671gol.3.1[01/08/2013 10:45:09 AM]

| | |
|---|---|
| **Description of Mark** | Color is not claimed as a feature of the mark. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F)-IN PART |
| **Live/Dead Indicator** | LIVE |
| **Distinctiveness Limitation Statement** | as to the bottle design |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Jan 8 05:02:46 EST 2013

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status   ( Use the "Back" button of the Internet Browser to return to TESS)

| | |
|---|---|
| **Goods and Services** | IC 032. US 045 046 048. G & S: drinking water. FIRST USE: 20001118. FIRST USE IN COMMERCE: 20001118 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 19.05.04 - Other large cylindrical containers or drums, including trash cans |
| **Trademark Search Facility Classification Code** | ART-11.03 Containers for beverages; plates and dishes; cooking and serving ware (Non-electric) ART-19.05 Large containers |
| **Serial Number** | 77294174 |
| **Filing Date** | October 2, 2007 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 18, 2008 |
| **Registration Number** | 3440225 |
| **Registration Date** | June 3, 2008 |
| **Owner** | (REGISTRANT) Voss of Norway ASA CORPORATION NORWAY Drammensveien 123 N-0277 Oslo NORWAY |
| **Attorney of Record** | Andrew S. Ehard |
| **Prior Registrations** | 2696925;3259981 |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of a cylindrical beverage container. |
| **Type of Mark** | TRADEMARK |

| | |
|---|---|
| **Register** | PRINCIPAL-2(F) |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



### United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Jan 8 05:02:46 EST 2013

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

| | |
|---|---|
| **Goods and Services** | IC 032. US 045 046 048. G & S: drinking water. FIRST USE: 20001118. FIRST USE IN COMMERCE: 20001118 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 19.09.03 - Bottles, jars or flasks with straight, vertical sides; Flasks with straight or vertical sides; Jars with straight or vertical sides<br>26.19.02 - Cylinders (geometric) |
| **Serial Number** | 78507373 |
| **Filing Date** | October 28, 2004 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 28, 2006 |
| **Registration Number** | **3259981** |
| **Registration Date** | July 10, 2007 |
| **Owner** | (REGISTRANT) Voss of Norway ASA CORPORATION NORWAY Drammensveien 123 N-0277 Oslo NORWAY |
| **Attorney of Record** | John A. Clifford |
| **Prior Registrations** | 2696925 |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of a cylindrical beverage container with a cylindrical lid. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



### United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Jan 8 05:02:46 EST 2013

**TESS HOME** | **NEW USER** | **STRUCTURED** | **FREE FORM** | **BROWSE DICT** | **SEARCH OG** | **BOTTOM** | **HELP**

**Logout** Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

**TSDR** | **ASSIGN Status** | **TTAB Status** ( Use the "Back" button of the Internet Browser to return to TESS)

| | |
|---|---|
| **Goods and Services** | IC 032. US 045 046 048. G & S: Drinking water. FIRST USE: 20001118. FIRST USE IN COMMERCE: 20001118 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 19.05.04 - Other large cylindrical containers or drums, including trash cans<br>26.19.02 - Cylinders (geometric) |
| **Trademark Search Facility Classification Code** | ART-19.05 Large containers<br>SHAPES-BAR-BANDS Designs with bar, bands or lines<br>SHAPES-GEOMETRIC Geometric figures and solids including squares, rectangles, quadrilaterals and polygons |
| **Serial Number** | 78553604 |
| **Filing Date** | January 25, 2005 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 14, 2007 |
| **Registration Number** | **3323854** |
| **Registration Date** | October 30, 2007 |
| **Owner** | (REGISTRANT) Voss of Norway ASA CORPORATION NORWAY Drammensveien 123 N-0277 Oslo NORWAY |
| **Attorney of Record** | John A. Clifford |
| **Prior Registrations** | 2696925 |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of a cylindrical lid of the same diameter as its container. The dotted lines depict the container and are not a feature of the mark, no claim is made to it, and it serves only to show the position of the mark on the goods. |

| | |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY